**No. 47511.**—Protests 903544–G, etc., of Aarenan & Wolf et al. (New York).

Opinion by Walker, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, August 28, 1942

**No. 47512.**—Protests 11456–K (A), etc., of B. H. Old & Co., Inc. et al. (New York).

Opinion by Cline, J. In accordance with stipulation of counsel that the ginger root in question is similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126) the claim that it is entitled to free entry under paragraph 1768 was sustained.

**No. 47513.**—Protest 34290–K of Pacific Overseas Trading Co. (Portland, Oreg.).

Opinion by Cline, J. At the trial the protest was submitted without the introduction of evidence in support of the claim made. The papers disclosed nothing to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

**No. 47514.**—Protest 965775–G of W. J. Byrnes & Co. (Seattle).

Opinion by Cline, J. When this protest was called for trial there was no appearance on the part of the plaintiffs. The papers disclosed nothing to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

**No. 47515.**—Protests 973308–G, etc., of B. D. Eisendrath Tanning Co. et al. (New York).

Opinion by Keefe, J. At the trial counsel entered into a stipulation, the statement of facts of which was found to be on all fours with that in Abstract 47199. In accordance therewith the liquidations of the entries here in question were held null and void because of the absence of notice of appraisement, and the collector was directed to correct his records and issue notice of appraisement in accordance with the law.